Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 18−11324−JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Suzanne M Zimmerman
   aka Suzanne M Villec, aka Suzanne M
   Wills
   413 Quinton Marlboro Rd
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−3646

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          4/4/18
Time:         09:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 23, 2018
JAN: jpl

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                      Case No. 18-11324-JNP
Suzanne M Zimmerman                                         Chapter 13
         Debtor
                          CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin              Page 1 of 2          Date Rcvd: Jan 23, 2018
                             Form ID: 132             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2018.
db             +Suzanne M Zimmerman,    413 Quinton Marlboro Rd,    Bridgeton, NJ 08302-4612
517290721      +American Express,    PO Box 1270,    Newark, NJ 07101-1270
517290720      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
517290722      +Aurthur Armstead and Shaun Givens,    25 W Pitman St,    Pennsgrove, NJ 08069-1213
517290719     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: AAA Financial Services,    PO Box 15019,    Wilmington, DE 19886)
517290726      +Citi Cards,    PO Box 9001037,    Louisville, KY 40290-1037
517290727      +Citicards,    PO Box 6241,    Sioux Falls, SD 57117-6241
517290728      +Commenity Bank,    PO Box 182120,    Columbus, OH 43218-2120
517290731      +Ed + Kim Snyder,    789 A Friesberg Aldine Rd,    Elmer, NJ 08318-2947
517290732      +Emily Zimmerman,    9 Auburn St,    Wilkes Barre, PA 18702-2602
517290733      +Fay Servicing,    POB 619063,    Dallas, TX 75261-9063
517290734      +Lewis Wood and Laura Gindhart,    789 B Friesberg Aldine Rd,    Elmer, Nj 08318-2947
517290735      +PNC,    POB 1820,    Dayton, OH 45401-1820
517290737      +Sharina Banks and David Townsend,    23 W Pitman St,    Pennsgrove, NJ 08069-1213
517290740       Tree Tops Villas,    2157 River Rd East,    Strousberg, PA 18302
517290741       Universal CD CBNA,    PO Box 6421,    Sioux Falls, SD 57117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2018 23:38:40     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2018 23:38:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517290729      +E-mail/Text: mrdiscen@discover.com Jan 23 2018 23:38:01     Discover,    PO Box 71084,
                 Charlotte, NC 28272-1084
517290730      +E-mail/Text: bankruptcy.bnc@ditech.com Jan 23 2018 23:38:25     Ditech,    POB 6172,
                 Rapid City, SD 57709-6172
517290736      +E-mail/Text: bankruptcyteam@quickenloans.com Jan 23 2018 23:38:58     Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
517290738      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2018 23:35:23     Syncb,    PO Box 965036,
                 Orlando, FL 32896-5036
517290739      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2018 23:35:23     Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517290724*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
517290725*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886)
517290723*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982234,    El Paso, TX 79998)
                                                                                    TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Jan 23, 2018
                              Form ID: 132             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2018 at the address(es) listed below:

```
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Terry   Tucker    on behalf of Debtor Suzanne M Zimmerman terrytucker@comcast.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 3
```