Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−11324−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Suzanne M Zimmerman
   aka Suzanne M Villec, aka Suzanne M
   Wills
   413 Quinton Marlboro Rd
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−3646

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/11/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 11, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 18-11324-JNP
Suzanne M Zimmerman                                                                            Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 2              Date Rcvd: Jul 12, 2019
                                Form ID: 148                Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2019.
```
db            +Suzanne M Zimmerman,    413 Quinton Marlboro Rd,    Bridgeton, NJ 08302-4612
cr            +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                Mt. Laurel, NJ 08054-3437
517290722     +Aurthur Armstead and Shaun Givens,    25 W Pitman St,    Pennsgrove, NJ 08069-1213
517427788     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517290726     +Citi Cards,    PO Box 9001037,    Louisville, KY 40290-1037
517290731     +Ed + Kim Snyder,    789 A Friesberg Aldine Rd,    Elmer, NJ 08318-2947
517290732     +Emily Zimmerman,    9 Auburn St,    Wilkes Barre, PA 18702-2602
517290733     +Fay Servicing,    POB 619063,    Dallas, TX 75261-9063
517290734     +Lewis Wood and Laura Gindhart,    789 B Friesberg Aldine Rd,    Elmer, Nj 08318-2947
517290735     +PNC,    POB 1820,    Dayton, OH 45401-1820
517305097     +PNC BANK, NATIONAL ASSOCIATION,    Fein Such Kahn & Shepard, PC,    7 Century Drive,
                Parsippany, NJ 07054-4673
517383053     +PNC Bank, National Association,    3232 Newmark Dr,    Miamisburg, OH 45342-5421
517301831     +Quicken Loans Inc.,    KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                Westmont, NJ 08108-2812
517290740      Tree Tops Villas,    2157 River Rd East,    Strousberg, PA 18302
517290741      Universal CD CBNA,    PO Box 6421,    Sioux Falls, SD 57117
517426836      Wilmington Savings Fund Society,    Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
517317600     +Wilmington Trust National Association,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2019 11:27:44     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2019 11:27:41     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517290720     +EDI: AMEREXPR.COM Jul 12 2019 07:48:00      American Express,    PO Box 981537,
                El Paso, TX 79998-1537
517290721     +EDI: AMEREXPR.COM Jul 12 2019 07:48:00      American Express,    PO Box 1270,
                Newark, NJ 07101-1270
517388064      EDI: BECKLEE.COM Jul 12 2019 07:48:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern  PA 19355-0701
517290725      EDI: BANKAMER.COM Jul 12 2019 07:48:00      Bank of America,    PO Box 15019,
                Wilmington, DE 19886
517290723      EDI: BANKAMER.COM Jul 12 2019 07:48:00      Bank of America,    PO Box 982234,
                El Paso, TX 79998
517290724      EDI: BANKAMER.COM Jul 12 2019 07:48:00      Bank of America,    PO Box 982238,
                El Paso, TX 79998
517290719      EDI: BANKAMER.COM Jul 12 2019 07:48:00      AAA Financial Services,    PO Box 15019,
                Wilmington, DE 19886
517290727     +EDI: CITICORP.COM Jul 12 2019 07:48:00      Citicards,    PO Box 6241,
                Sioux Falls, SD 57117-6241
517290728     +EDI: WFNNB.COM Jul 12 2019 07:48:00      Commenity Bank,    PO Box 182120,
                Columbus, OH 43218-2120
517290729     +EDI: DISCOVER.COM Jul 12 2019 07:48:00      Discover,    PO Box 71084,    Charlotte, NC 28272-1084
517311057      EDI: DISCOVER.COM Jul 12 2019 07:48:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH 43054-3025
517290730     +E-mail/Text: bankruptcy.bnc@ditech.com Jul 12 2019 11:27:14     Ditech,    POB 6172,
                Rapid City, SD 57709-6172
517359045      E-mail/Text: bankruptcy.bnc@ditech.com Jul 12 2019 11:27:14
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
517412212      EDI: RESURGENT.COM Jul 12 2019 07:58:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517410513      EDI: Q3G.COM Jul 12 2019 07:48:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,    Kirkland, WA  98083-0788
517400654      EDI: Q3G.COM Jul 12 2019 07:48:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                PO Box 788,    Kirkland, WA  98083-0788
517290736     +E-mail/Text: bankruptcyteam@quickenloans.com Jul 12 2019 11:28:07     Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
517325581     +E-mail/Text: bankruptcyteam@quickenloans.com Jul 12 2019 11:28:07     Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
517290738     +EDI: RMSC.COM Jul 12 2019 07:48:00      Syncb,    PO Box 965036,    Orlando, FL 32896-5036
517292749     +EDI: RMSC.COM Jul 12 2019 07:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517290739     +EDI: RMSC.COM Jul 12 2019 07:48:00      Synchrony Bank,    PO Box 960061,
                Orlando, FL 32896-0061
517414193     +EDI: RMSC.COM Jul 12 2019 07:48:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk VA 23541-1021
                                                                                               TOTAL: 24
```

```
District/off: 0312-1           User: admin              Page 2 of 2             Date Rcvd: Jul 12, 2019
                               Form ID: 148             Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Wilmington Trust National Association,   Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Ave.,   Suite 100,   Boca Raton, FL 33487-2853
517290737   ##+Sharina Banks and David Townsend,   23 W Pitman St,   Pennsgrove, NJ 08069-1213
                                                                             TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2019 at the address(es) listed below:
```
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald     on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Laura M. Egerman     on behalf of Creditor    Wilmington Trust National Association
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Nicholas V. Rogers     on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              R. A. Lebron     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
              Rebecca Ann Solarz     on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              Terry Tucker     on behalf of Debtor Suzanne M Zimmerman terrytucker@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```